Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

_____ Division

**FILED**
**12/29/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Michael Aaron Moody

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Federal Express Corporation

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1:23-cv-02321-MPB-MKK
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes  ☒ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Michael Aaron Moody |
   | Street Address | 6598 West Big Hurricane Road |
   | City and County | Martinsville & Morgan County |
   | State and Zip Code | Indiana, 46151 |
   | Telephone Number | Home: (765) 527-2251, Cell: (765) 318-8633 |
   | E-mail Address | mmoody1965@yahoo.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
| | |
|---|---|
| Name | Federal Express Corporation, |
| Job or Title *(if known)* | Richard W. Smith, President & CEO |
| Street Address | 3660 Hacks Cross Road, Building F, 2nd floor |
| City and County | Memphis & Shelby County |
| State and Zip Code | TN, 38125-8800 |
| Telephone Number | (901) 684-4802 |
| E-mail Address *(if known)* | rws@fedex.com |

Defendant No. 2
| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3
| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4
| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

E-mail Address *(if known)*

**C.  Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | FedEx Express |
| Street Address | 6648 South Perimeter Road, |
| City and County | Indianapolis & Marion County |
| State and Zip Code | Indiana 46241 |
| Telephone Number | (317) 418-7398 |

**II.  Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Other federal law *(specify the federal law)*:

☐   Relevant state law *(specify, if known)*:

☐   Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**III.    Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

June 13, 2023 (suspension), July 31, 2023 (termination)

C.   I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☒ religion — My religious belief is that gender identity and sexual orientation are sensitive topics to be kept out of public communications (viewable by children).  My choice to work for FedEx was based, in part, on their policies supporting this.
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

E. The facts of my case are as follows. Attach additional pages if needed.

The plaintiff, Michael A. Moody, worked for Federal Express (FedEx), as a Project Engineer for Facility Systems and Sort Maintenance (FSSM), at the Indianapolis airport hub from 2019 to 2023. On 11 June, 2023 1:07 AM Federal Express Sharepoint email forwarded an email to me of a public news release, from Express Human Resources Department, covering the "Pride at FedEx" celebration of the LGBTQ community. Knowing the disparate impact this would have on many of my Indianapolis team members (harassment: insult to religious beliefs, and use of company resources to solicit sexually offensive materials), I (plaintiff) responded to the email on 12 June, 2023, 7:06 AM noting one of many concequences of their actions and my personal embarassment. My email response resulted in my being suspended with pay on June 13, 2023, 6:00 AM, and disciplinary action/termination on 20 June, 2023, with cited offenses of harrassment, misconduct, and misuse of company resources. I claim that FedEx Express HR (original email author) discriminated against me, in violation of Federal Express corporate policy, and my termination was in retaliation for exposing this. The Federal Express People Manual, section 10-3, defines misconduct as: "…Using company provided resources to … solicit… sexually offensive materials,… Using FedEx Express resources to send,… statements about… sexual orientation…". The Federal Express People Manual, section 5-55 condemns harassment that affects employee morale because of that employee's religion. This is the first time FedEx has chosen to publicly celebrate June Pride Month, offering preferential treatment to the HR department in violation of their own policy, without considering the religious beliefs of their employees. Discoveries requested from the defendant: (1) Federal Express People Manual sections 10-3 Company Resources (01 September 2016 revision), 2-55 Anti-Harassment (15 November 2020 revision), and 2-5 Acceptable Conduct (31 January, 2023 revision), (2) Publication from "Express HR" (author Jay Hines) titled "Pride at FedEx" published 07 June, 2023, (3) Email from SharePoint Online to michaelmoody@fedex.com sent 11 June, 2023, 1:07 AM, subject: News you might have missed. I have copies of the requested discoveries but they are poorly legible when scanned to PDF.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

11 September, 2023

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*   31 October, 2023   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

    C.    Only litigants alleging age discrimination must answer this question.

        Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

        ☐     60 days or more have elapsed.

        ☐     less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Injury: Mechanical Engineer is the most difficult of the STEM jobs to find the right fit. My personal efforts also involved overcoming age discrimination. I graduated college with a BSME at age 48 in December of 2013. My path to the FedEx Express FSSM Project Engineer position (11/1/2019) at FedEx INDH involved 130+ applications submitted, 20+ phone interviews, 5 f2f interviews and 2 employment positions as a sub-contractor, always with exemplary evaluations. And with over three years in my Project Engineering position with FedEx, I was a candidate for promotion to a management position within my team. Starting this process again, without the reference of my FedEx Express employment, is already proving difficult. At my current age of 58, It will be challenging to just return to the same career level in the next ten years.
Damages: I estimate my lost wages, bonuses, retirement contributions, miscellaneous benefits, due to career setback from now to retirement, will be in excess of two million dollars.
I will not be pursuing punitive/emotional damages or injunctive relief.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

    A.    **For Parties Without an Attorney**

        I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

        Date of signing:    12/29/2023

        Signature of Plaintiff

        Printed Name of Plaintiff    Michael Aaron Moody

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B.    For Attorneys**

Date of signing: _____

Signature of Attorney    _____
Printed Name of Attorney  _____
Bar Number               _____
Name of Law Firm         _____
Street Address           _____
State and Zip Code       _____
Telephone Number         _____
E-mail Address           _____