UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL AARON MOODY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-02321-MPB-MKK |
| | ) | |
| FEDERAL EXPRESS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

Pursuant to the Court's order on this date, the Court now enters **FINAL JUDGMENT** in this action in favor of Defendant Federal Express Corporation and against Plaintiff Michael Aaron Moody.

**IT IS SO ORDERED.**

Dated: December 4, 2024

*Matthew P. Brookman*
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

MICHAEL AARON MOODY
6598 West Big Hurricane Road
Martinsville, IN 46151

Charles V. Holmes
FEDERAL EXPRESS CORPORATION
charles.holmes@fedex.com

Pamela A. Paige
Plunkett Cooney, P.C.
ppaige@plunkettcooney.com